## Ex parte JOHN HIBLER.

No. A-7588.   Opinion Filed June 10, 1930.
(289 Pac. 359.)

See, also, 139 Okla. 157, 281 Pac. 144.

Catlett & Catlett, for petitioner.

The Attorney General, for the State.

CHAPPELL, J.   The petitioner, John Hibler, filed his petition in this court for a writ of habeas corpus, alleging that he was illegally restrained of his liberty by the sheriff of Seminole county, Okla.

It appearing that the prisoner has been discharged and is no longer being held by the sheriff of Seminole county, the petition is moot, and the writ is therefore dismissed.

EDWARDS, P. J., and DAVENPORT, J., concur.